IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ORION IP, LLC** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO.  6:05 CV 322 |
| | § | |
| **MERCEDES-BENZ USA, LLC, ET AL.** | § | |
| | § | |
| Defendants | § | |

### ORDER

As stated at the hearing on April 19, 2007, the Court **GRANTS** Hyundai's motion to supplement its invalidity contentions (Docket No. 375).  The Court **DENIES** without prejudice to re-urging both parties' motions for summary judgment (Docket Nos. 351, 412, 413, 414, 418).

**So ORDERED and SIGNED this 19th day of April, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**